## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 12-cv-00009-CMA-KMT | FTR - Courtroom C-201 |
| **Date:** May 29, 2012 | Deputy Clerk, Nick Richards |
| FUSION SPECIALTIES, INC., | William D. Meyer |
| | Kimberly M. Hult |
| Plaintiff, | |
| v. | |
| CHINA NETWORK LEADER, INC., a California corporation, d/b/a CNL Mannequins, | John Timothy Kennedy |
| | Tucker K. Trautman |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**SCHEDULING CONFERENCE**
**Court in Session: 10:58 a.m.**
Court calls the case. Appearances of counsel.

Discussion regarding China Network Leader, Inc.'s Motion for Protective Order [Doc. No. 29, filed May 16, 2012].

It is ORDERED:   China Network Leader, Inc.'s Motion for Protective Order [29] is **DENIED**. A stay of discovery is not warranted at this time. Defendant's shall respond to outstanding discovery propounded by plaintiff's on or before June 12, 2012.

[**XX**]   Scheduling Order entered.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: July 9, 2012
Deadline for Patentee to disclose initial claim chart: June 29, 2012
Deadline for alleged infringer to disclose initial claim chart: August 6, 2012.
Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions: August 6, 2012

Deadline for patentee's prior art statement: September 4, 2012
Deadline for parties to exchange terms to be construed: September 18, 2012.
Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case: October 9, 2012.
Month of technology tutorial with District Judge and Magistrate Judge: Same date as claims construction hearing.
Deadline for filing of both parties' opening briefs regarding claim construction: October 26, 2012.
Deadline for filing of any reply briefs by both parties: November 16, 2012.
Month of claim construction hearing with District Judge and estimated time necessary for hearing: December 2012 or January 2013.
Deadline to amend pleadings regarding willful infringement or inequitable conduct and deadline to amend claim charts and prior art statements: February 1, 2013
Fact Discovery Cut-off: March 8, 2013.
Each side shall be limited to 4 expert witnesses.
Disclosure of Affirmative Experts: March 15, 2013.
Disclosure of Rebuttal Experts: April 15, 2013.
Expert Discovery Deadline: May 6, 2013
Dispositive Motion Deadline: May 20, 2013.
Each side shall be limited to 25 interrogatories, 25 requests for admission, and 40 requests for documents.
Each side shall be limited to 10 fact depositions, excluding experts.

**NO SETTLEMENT CONFERENCE OR EARLY NEUTRAL EVALUATION** set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **July 11, 2013 at 9:30 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge Christine M. Arguello.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 11:25 a.m.**
Total In-Court Time:   00:27        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.