**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00009-CMA-KMT

FUSION SPECIALTIES, INC.,

    Plaintiff,

v.

CHINA NETWORK LEADER, INC., a California corporation,
d/b/a MANNEQUINS,

    Defendant.

---

## ORDER GRANTING MOTION TO LIFT STAY OF PROCEEDINGS

---

    Upon consideration of Plaintiff's Motion To Life Stay of Proceedings (Doc. # 58), the Court finds good cause and hereby GRANTS the motion.

    The stay is hereby lifted and this case is REOPENED for further proceedings.

    DATED:  March   05  , 2013

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge