IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00009–CMA–KMT

FUSION SPECIALTIES, INC.,

    Plaintiff,

v.

CHINA NETWORK LEADER, INC., a California corporation, d/b/a CNL Mannequins,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Defendant's Response (Doc. No. 72, filed Apr. 8, 2013) indicating that Defendant consents to the filing of Plaintiff's Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(2), "Plaintiff's <u>Amended</u> Unopposed Motion to Amend Complaint" (Doc. No. 70, filed Apr. 4, 2013) is GRANTED.  The Clerk of Court is directed to file Plaintiff's Second Amended Complaint and Jury Demand (Doc. No. 70-1) and the exhibits thereto (Doc Nos. 70-2 & 70-3).

Dated: April, 9, 2013