IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–00009–CMA–KMT

FUSION SPECIALTIES, INC.,

    Plaintiff,

v.

CHINA NETWORK LEADER, INC., a California corporation, d/b/a CNL Mannequins,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend Scheduling Order" (Doc. No. 78, filed September 4, 2013) is GRANTED.  The Scheduling Order is amended as follows:

    a.    Deadline for alleged infringer to disclose initial claim chart: October 2, 2013.
    b.    Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions: October 2, 2013.
    c.    Deadline for patentee's prior art statement: October 16, 2013.
    d.    Deadline for parties to exchange terms to be construed: October 21, 2013.
    e.    Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case: November 7, 2013.
    f.    Month of technology tutorial with District Judge and Magistrate Judge: Same date as claims construction hearing.
    g.    Deadline for filing of both parties' opening briefs regarding claim construction: November 22, 2013.
    h.    Deadline for filing of any reply briefs by both parties: December 19, 2013.
    i.    Month of Claim construction hearing with District Judge and estimated time necessary for hearing: January or February 2014.
    j.    Deadline to amend pleadings regarding willful infringement or inequitable conduct and deadline to amend claim charts and prior art statements: February 13, 2014.

      k.      Fact discovery deadline: April 10, 2014.
      l.      The parties shall designate all affirmative experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 17, 2014.
      m.      The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 27, 2014.
      n.      Expert discovery deadline: June 12, 2014.
      o.      Dispositive motions deadline: June 12, 2014.

Additionally, the Final Pretrial Conference set for June 10, 2014, is reset to August 12, 2014, at 9:30 a.m.

Dated: September 5, 2013